CM/ECF - U.S. District Court:ilsd    Page 1 of 2

2:08-mj-07231-DGB    #1    Page 1 of 2

CO/IL  08-7231

**E-FILED**
Wednesday, 16 July, 2008  08:35:26 AM
Clerk, U.S. District Court, ILCD

# U.S. District Court
## Southern District of Illinois (Benton)
### CRIMINAL DOCKET FOR CASE #: 4:06-cr-40029-JPG-10

Case title: USA v. Pendleton et al                    Date Filed: 05/03/2006

Assigned to: Judge J. Phil Gilbert

### Defendant (10)
**Clarence G. Goree**
*also known as*
Rico
*also known as*
Whitey

| **Pending Counts** | **Disposition** |
|---|---|
| 21:846 and 21:841(a)(1) distribution of "crack cocaine", a Schedule II Narcotic Controlled Substance, in excess of 50 grams, CONSPIRACY TO DISTRIBUTE NARCOTICS (1) | |
| 21:841(a)(1) & 21:846 conspiracy to distribute more than 50 grams of crack cocaine, a Schedule II Narcotic Controlled Substance - CONSPIRACY TO DISTRIBUTE NARCOTICS (1s) | |

### Highest Offense Level (Opening)
Felony

| **Terminated Counts** | **Disposition** |
|---|---|
| None | |

### Highest Offense Level (Terminated)
None

| **Complaints** | **Disposition** |
|---|---|
| None | |

**Plaintiff**

USA　　　　　　　　　　　　　　　　　　　represented by　**Amanda A Robertson**
　　　　　　　　　　　　　　　　　　　　　　　　　　　　Assistant U.S. Attorney - Benton
　　　　　　　　　　　　　　　　　　　　　　　　　　　　402 West Main Street
　　　　　　　　　　　　　　　　　　　　　　　　　　　　Suite 2A
　　　　　　　　　　　　　　　　　　　　　　　　　　　　Benton, IL 62812
　　　　　　　　　　　　　　　　　　　　　　　　　　　　618-439-3808
　　　　　　　　　　　　　　　　　　　　　　　　　　　　Fax: 618-439-2401
　　　　　　　　　　　　　　　　　　　　　　　　　　　　Email: Amanda.Robertson@usdoj.gov
　　　　　　　　　　　　　　　　　　　　　　　　　　　　*LEAD ATTORNEY*
　　　　　　　　　　　　　　　　　　　　　　　　　　　　*ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
| --- | --- | --- |
| 07/11/2007 | 248 | FIFTH SUPERSEDING INDICTMENT as to Terry K. Rogers (4) count(s) 1ssss, Larry D. Williams (5) count(s) 1sss, 2sss, Kenneth W. Neal (7) count(s) 1s, Percy C. Jefferson (8) count(s) 1s, Clarence G. Goree (10) count(s) 1. (bkl) (Entered: 07/12/2007) |
| 07/11/2007 | 249 | Arrest Warrant Issued as to Fifth Superseding Indictment in case as to Terry K. Rogers, Larry D. Williams, Kenneth W. Neal, Percy C. Jefferson, Clarence G. Goree. (bkl) (Entered: 07/12/2007) |
| 10/02/2007 | 312 | SIXTH SUPERSEDING INDICTMENT as to Terry K. Rogers (4) count(s) 1sssss, Larry D. Williams (5) count(s) 1ssss, 2ssss, Percy C. Jefferson (8) count(s) 1ss, Clarence G. Goree (10) count(s) 1s. (bkl) (Entered: 10/03/2007) |
| 10/03/2007 | 313 | Arrest Warrant Issued in case as to Terry K. Rogers, Larry D. Williams, Percy C. Jefferson, Clarence G. Goree. (bkl) (Entered: 10/03/2007) |

| PACER Service Center | | |
| --- | --- | --- |
| Transaction Receipt | | |
| 07/15/2008 16:36:01 | | |
| PACER Login: | ▆▆▆▆ | Client Code: |
| Description: | Docket Report | Search Criteria: | 4:06-cr-40029-JPG |
| Billable Pages: | 1 | Cost: | 0.08 |

# UNITED STATES DISTRICT COURT
## Southern District of Illinois

UNITED STATES OF AMERICA                    WARRANT FOR ARREST
    vs.
                                            Case Number:    06-40029 JPG
**CLARENCE G. GOREE**, a/k/a "Whitey," "Rico"

    **Defendant.**

*To: The United States Marshal and any Authorized United States Officer:*

YOU ARE HEREBY COMMANDED to arrest **CLARENCE G. GOREE**, and bring him forthwith to the nearest magistrate judge to answer a(n)

X  FIFTH SUPERSEDING INDICTMENT  ☐ Information  ☐ Complaint  ☐ Order of court ☐ Violation Notice ☐ Probation Violation Petition

charging him with (brief description of offense):

Count 1 - conspiracy to distribute crack cocaine, in violation of Title 21, United States Code, Sections 841(a)(1), 841(b)(1)(A), and 846

Norbert G. Jaworski
Name of Issuing Officer

Norbert G. Jaworski
Signature of Issuing Officer

By: _____
         Deputy Clerk

Clerk of Court
Title of Issuing Officer

July  11  2007 - Benton
Date and Location

Bail fixed at $_____ by _____
                    Name of Judicial Officer

| RETURN |
|---|
| This warrant was received and executed with the arrest of the above-named defendant at: |

| DATE RECEIVED | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| DATE OF ARREST | | |

FILED

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

JUL 1 1 2007

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF ILLINOIS
BENTON OFFICE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | CRIMINAL NO.  06-40029-JPG |
| | ) | |
| vs. | ) | |
| | ) | |
| TERRY K. ROGERS, a/k/a "T.A." | ) | Title 21, United States Code, |
| LARRY D. WILLIAMS, | ) | Sections 841 and 846 |
| KENNETH W. NEAL, a/k/a "Kenny | ) | Title 18, United States Code, Section 2 |
| Vann," "Kenny Vann-Neal," | ) | |
| PERCY C. JEFFERSON, | ) | |
| a/k/a "Black," and | ) | |
| CLARENCE G. GOREE, | ) | |
| a/k/a "Whitey," "Rico," | ) | |
| | ) | |
| Defendants. | ) | |

## FIFTH SUPERSEDING INDICTMENT

THE GRAND JURY CHARGES:

### Count 1

From in or about February 2003, to on or about April 27, 2006, in Jackson and Jefferson Counties, within the Southern District of Illinois,

TERRY K. ROGERS, a/k/a "T.A."
LARRY D. WILLIAMS,
KENNETH W. NEAL, a/k/a "Kenny Vann," "Kenny Vann-Neal,"
PERCY C. JEFFERSON, a/k/a "Black," and
CLARENCE G. GOREE, a/k/a "Whitey," "Rico,"

defendants herein, did knowingly and intentionally combine, conspire and agree with each other and with other persons known and unknown to the Grand Jury, to knowingly and intentionally distribute and possess with intent to distribute a mixture or substance containing cocaine base, "crack cocaine," a Schedule II Narcotic Controlled Substance, in violation of Title 21, United

States Code, Section 841(a)(1); all in violation of Title 21, United States Code, Section 846 and Title 18, United States Code, Section 2.

The amount of a mixture and substance containing cocaine base, "crack cocaine," involved in the overall conspiracy was 50 grams or more.

### Count 2

On or about June 27, 2005, in Jackson County, Illinois, within the Southern District of Illinois,

**LARRY D. WILLIAMS,**

defendant herein, did knowingly and intentionally distribute a mixture and substance containing cocaine base, "crack cocaine," a Schedule II, Narcotic Controlled Substance, in violation of Title 21, United States Code, Sections 841(a)(1).

A TRUE BILL:

FOREPERSON

AMANDA A. ROBERTSON
Assistant United States Attorney

RANDY G. MASSEY
United States Attorney

Recommended Bond: Detention

2

Warrant for Arrest

## UNITED STATES DISTRICT COURT
### Southern District of Illinois

UNITED STATES OF AMERICA          WARRANT FOR ARREST
    vs.
                                  Case Number:   06-40029 JPG
CLARENCE G. GOREE, a/k/a "Whitey," "Rico"

    Defendant.

*To: The United States Marshal and any Authorized United States Officer:*

YOU ARE HEREBY COMMANDED to arrest **CLARENCE G. GOREE**, and bring him forthwith to the nearest magistrate judge to answer a(n)

X SIXTH SUPERSEDING INDICTMENT  ☐ Information  ☐ Complaint  ☐ Order of court  ☐ Violation Notice  ☐ Probation Violation Petition

charging him with (brief description of offense):

Count 1 - conspiracy to distribute crack cocaine, in violation of Title 21, United States Code, Sections 841(a)(1), 841(b)(1)(A), and 846

Norbert G. Jaworski                        Clerk of Court
Name of Issuing Officer                    Title of Issuing Officer

Norbert G. Jaworski                        October 3, 2007 - Benton
Signature of Issuing Officer               Date and Location

By: _____
        Deputy Clerk

Bail fixed at $_____ by _____
                Name of Judicial Officer

| RETURN |
|---|
| This warrant was received and executed with the arrest of the above-named defendant at: |

| DATE RECEIVED | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| DATE OF ARREST | | |

FILED
OCT 02 2007
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF ILLINOIS
BENTON OFFICE

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | CRIMINAL NO. 06-40029-JPG |
| ) | |
| vs. ) | |
| ) | |
| TERRY ROGERS, a/k/a "T.A." ) | Title 21, United States Code, |
| LARRY D. WILLIAMS, ) | Sections 841 and 846 |
| PERCY C. JEFFERSON, ) | Title 18, United States Code, Section 2 |
| a/k/a "Black," and ) | |
| CLARENCE G. GOREE, ) | |
| a/k/a "Whitey," "Rico," ) | |
| ) | |
| Defendants. ) | |

## SIXTH SUPERSEDING INDICTMENT

THE GRAND JURY CHARGES:

### Count 1

From in or about February 2003, to on or about April 27, 2006, in Jackson and Jefferson Counties, within the Southern District of Illinois,

TERRY ROGERS, a/k/a "T.A."
LARRY D. WILLIAMS,
PERCY C. JEFFERSON, a/k/a "Black," and
CLARENCE G. GOREE, a/k/a "Whitey," "Rico,"

defendants herein, did knowingly and intentionally combine, conspire and agree with each other and with other persons known and unknown to the Grand Jury, to knowingly and intentionally distribute and possess with intent to distribute a mixture or substance containing cocaine base, "crack cocaine," a Schedule II Narcotic Controlled Substance, in violation of Title 21, United States Code, Section 841(a)(1); all in violation of Title 21, United States Code, Section 846 and Title 18, United States Code, Section 2.

The amount of a mixture and substance containing cocaine base, "crack cocaine," involved in the overall conspiracy was 50 grams or more.

### Count 2

On or about June 27, 2005, in Jackson County, Illinois, within the Southern District of Illinois,

**LARRY D. WILLIAMS,**

defendant herein, did knowingly and intentionally distribute a mixture and substance containing cocaine base, "crack cocaine," a Schedule II, Narcotic Controlled Substance, in violation of Title 21, United States Code, Sections 841(a)(1).

A TRUE BILL:

_____
FOREPERSON

_____
AMANDA A. ROBERTSON
Assistant United States Attorney

_____
RANDY G. MASSEY
United States Attorney

Recommended Bond: Detention

2