E-FILED
Wednesday, 16 July, 2008   04:42:15 PM
Clerk, U.S. District Court, ILCD



**UNITED STATES DISTRICT COURT**

PAMELA E. ROBINSON
CLERK OF COURT

CENTRAL DISTRICT OF ILLINOIS

TEL: 217-373-5830
FAX: 217-373-5834

OFFICE OF THE CLERK
218 U.S. COURTHOUSE
201 S. VINE STREET
URBANA, ILLINOIS 61802

Clerk, U.S. District Court
Southern District of Illinois
301 West Main Street
Benton, IL 62812

Attn: Criminal Division

    RE:    USA v. CLARENCE G. GOREE
            SD /IL #06-40029-10
            CD/IL #08-7231

Dear Clerk of Court:

Enclosed please find certified copies of all documents and proceedings, along with a certified copy of the docket sheet in the above titled case.

Please acknowledge receipt of these documents by signing and dating the enclosed copy of this letter and returning it to us.

If you have any questions, please feel free to contact me at (217) 373-5830.

                        Sincerely,
                        PAMELA E. ROBINSON

                        s/S. Porter
                        By:  Deputy Clerk

Acknowledgment and Receipt:

_____        Date: _____