E-FILED
Tuesday, 22 July, 2008  04:08:00 PM
Clerk, U.S. District Court, ILCD



# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF ILLINOIS

PAMELA E. ROBINSON
CLERK OF COURT

OFFICE OF THE CLERK
218 U.S. COURTHOUSE
201 S. VINE STREET
URBANA, ILLINOIS 61802

TEL: 217-373-5830
FAX: 217-373-5834

Clerk, U.S. District Court
Southern District of Illinois
301 West Main Street
Benton, IL 62812

Attn: Criminal Division

    RE:    USA v. CLARENCE G. GOREE
             SD /IL #06-40029-10
             CD/IL #08-7231

**FILED**

JUL 22 2008

CLERK OF THE COURT
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

Dear Clerk of Court:

Enclosed please find certified copies of all documents and proceedings, along with a certified copy of the docket sheet in the above titled case.

Please acknowledge receipt of these documents by signing and dating the enclosed copy of this letter and returning it to us.

If you have any questions, please feel free to contact me at (217) 373-5830.

                              Sincerely,
                              PAMELA E. ROBINSON

                              s/S. Porter
                              By:  Deputy Clerk

Acknowledgment and Receipt:

_[signature]_                Date: 7/18/08